IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                    Plaintiff

v.                                    Court No. 1:11CR61-LG-RPM-001

CHARLES R. MOORE                                          Defendant

and

TREASURE BAY L.L.C.                                        Garnishee

## ORDER

A Writ of Garnishment [25], pursuant to 28 U.S.C. § 3205, directed to TREASURE BAY L.L.C. as the "Garnishee," has been duly issued and served upon the Garnishee as to Defendant Debtor Charles R. Moore.

Pursuant to the Writ of Garnishment, TREASURE BAY L.L.C. filed an Answer [29] on October 6, 2023, as the Garnishee, stating that at the time of the service of the Writ it had in its possession, custody or control, personal property to which the Defendant held an interest, and Garnishee was indebted to Defendant, in his sole capacity, as follows:

1.  Gross recurring bi-weekly earnings of approximately $948.00, with approximately $876.79 of disposable earnings.

On September 25, 2023, Defendant Debtor was served with a copy of the Clerk's Notice and the Writ of Garnishment, advising that he may file an objection to the Writ or to the answer of the garnishee, claim applicable exemptions, if any, and request a hearing within 20 days of service.  *See* Cert. of Service, ECF No. 27.  Defendant was served with the Answer evidenced by the Certificate of Service filed by the Garnishee with its Answer [29] on October 4, 2023. Neither party has filed an objection and requested a hearing as to the Writ or the Answer filed by

Garnishee TREASURE BAY L.L.C. within twenty (20) days of the filing of the same, pursuant to 28 U.S.C. §§ 3202(d) and 3205(c)(5), respectively. It has been shown that the amount of criminal debt owed by the Defendant is $18,033.04.

IT IS THEREFORE ORDERED that Garnishee TREASURE BAY L.L.C.  pay to Plaintiff, from Defendant's recurring "earnings," his "non-exempt disposable earnings," which is **25%** of Defendant's "disposable earnings" as defined by statute (*see* 28 U.S.C. § 3002), until the judgment owed to Plaintiff is paid in full, or until Garnishee no longer has possession, custody, or control of earnings belonging to Defendant, or until further order of this Court.

IT IS FURTHER ORDERED that the United States will reduce the amount of the judgment debt owed to the United States by the amount received, and that an annual accounting of this garnishment shall be filed with the Court and provided to the judgment debtor and the garnishee pursuant to 28 U.S.C. § 3205(c)(9)(A) so long as this garnishment order is in effect.

Payments shall be made payable to **Clerk of Court** and mailed to **United States District Clerk of Court, 2012 15th Street, Suite 403, Gulfport, MS  39501.**  The payment shall include on the face of the payment instrument the name of the Defendant, Charles R. Moore, and the case number 1:11CR61-LG-RPM-001 for proper identification.

**SO ORDERED AND ADJUDGED** this the 6th day of November, 2023.

s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.

United States District Judge